# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| In re: Curneall Watson & Leona Watson,  )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Debtor.　　　　　　　　　　　　　　) | Bankruptcy No. 2009-10002<br>Chapter 13 |
| 　　　　　　　　　　　　　　　　　　　　) | |
| In re: Caledonia Springs, Inc.,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Debtor.　　　　　　　　　　　　　　) | Bankruptcy No. 2009-10003<br>Chapter 13 |
| 　　　　　　　　　　　　　　　　　　　　)<br>**CURNEALL WATSON and LEONA BRADY**　)<br>**WATSON,**　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs/Appellants,　　　　　　　) | |
| 　v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) | Civil Action No. 3:2011-0012<br>Civil Action No. 3:2011-0058 |
| **LLP MORTGAGE, LTD.,**　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant/Appellee.　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　)<br>**UNITED STATES OF AMERICA,**　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Intervenor.　　　　　　　　　　　　) | |

**Attorneys:**
**Martial A. Webster, Esq.,**
St. Croix, U.S.V.I.
　　　*For Appellants*

**Warren B. Cole, Esq.**,
St. Croix, U.S.V.I.
　　　*For Appellee LLP Mortgage, Ltd.*

**Cathy Tran Moses, Esq.,**
Washington, D.C.
**Angela Tyson-Floyd, Esq.,**
St. Croix, U.S.V.I.
　　　*For Intervenor United States of America*

## ORDER

**UPON CONSIDERATION** of the Brief filed by Appellants in Civil Action No. 3:11-cv-0012 (Dkt. No. 31), challenging the Bankruptcy Court of the Virgin Islands' (1) October 8, 2010 "Order: (I) Authorizing Procedures for Sales of the Debtors' Assets, and (II) Approving Form of Notice of Sales of Assets Pursuant to 11 U.S.C. 105 and 363, Fed. Bankr. P. 6004 and LBR 6004-1" and (2) January 6, 2011 "Order of Confirmation of Trustee's Sale," and Appellee's Brief in response (3:11-cv-0012, Dkt. No. 33); the Brief filed by Appellants in Civil Action No. 3:11-cv-0058 (Dkt. No. 9), challenging the Bankruptcy Court of the Virgin Islands' May 12, 2011 "Order of Restitution and Order for Issuance of Writs," and Appellee's Brief in response (3:11-cv-0058, Dkt. No. 10); and the Brief by the United States of America as Intervenor (3:11-cv-0058, Dkt. No. 17-1); and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that the Bankruptcy Court's October 8, 2010 "Order: (I) Authorizing Procedures for Sales of the Debtors' Assets; and (II) Approving Form of Notice of Sales of Assets Pursuant to 11 U.S.C. 105 and 363, Fed. Bankr. P. 6004 and LBR 6004-1" is **AFFIRMED**; and it is further

**ORDERED** that the Bankruptcy Court's January 6, 2011 "Order of Confirmation of Trustee's Sale" is **AFFIRMED**; and it is further

**ORDERED** that the Bankruptcy Court's May 12, 2011 "Order of Restitution and Order for Issuance of Writs" is **AFFIRMED**; and it is further

**ORDERED** that the Clerk of Court shall mark these cases (3:11-cv-0012 and 3:11-cv-0058) **CLOSED**.

SO ORDERED.

Date: June 15, 2016                             _____/s/_____
                                                WILMA A. LEWIS
                                                Chief Judge